**Motion Granted; Order filed February 5, 2019**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-18-00916-CR**
**NO. 14-18-00917-CR**

_____

**OSCAR MIRELES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 187th District Court
Bexar County, Texas
Trial Court Cause Nos. 2016CR3845 & 2016CR6142

## ORDER

Appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. Appellant filed a motion expressing his desire to review the record and file a pro se brief. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). The motion is granted.

Accordingly, we hereby direct the Judge of the 187th District Court to afford appellant an opportunity to view the trial record in accordance with local procedure; that the clerk of that court furnish the record to appellant on or before **February 20, 2019;** that the clerk of that court certify to this court the date on which delivery of the record to appellant is made; and that appellant file his pro se brief with this court within thirty days of that date.


PER CURIAM